IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NAJEH MUHANA, ) | |
| ) | |
|     Petitioner, ) | |
| ) | Cause No. 1:16-cv-770-SEB-DML |
| V. ) | |
| ) | |
| U.S. CUSTOMS AND BORDER ) | |
| PROTECTION, ) | |
| ) | |
|     Respondent. ) | |

## MOTION TO TRANSFER TO MISCELLANEOUS DOCKET

Comes Now, Petitioner Najeh Muhana, by and through the undersigned, and for his Motion to Transfer to the Miscellaneous Docket, states as follows:

1. On or about April 7, 2016, Petitioner filed is Motion to Set Aside Forfeiture ("Motion") pursuant to 18 U.S.C. §983(e), which reads that "any party entitled to written notice…who does not receive such notice may file a motion to set aside a declaration of forfeiture…"

2. The Motion is not a Complaint, and Petitioner intended for the matter to be set on the Miscellaneous Docket to be heard.

3. This transfer will not be prejudicial to any party as the Motion was just recently filed and Respondent is not yet represented by counsel.

WHEREFORE, Petitioner Najeh Muhana respectfully requests that this Court grant Petitioner's Motion to Transfer to the Miscellaneous Docket.

**WITZEL KANZLER & DIMMITT, LLC**

By: /s/ Jay L. Kanzler
    Jay L. Kanzler #41298 (MO)
    2001 S. Big Bend Blvd.
    St. Louis, Missouri 63117
    Tel:   (314) 645-5367
    Fax:  (314) 645-5387
    jaykanzler@wkllc.com